UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Noe Celso REYES-Garcia,<br><br>Defendant. | Magistrate Docket No.<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1325 Illegal Entry (misdemeanor)<br><br>18MJ2333 |

The undersigned complainant being, duly sworn, states:

That on or about May 9, 2018, within the Southern District of California, defendant, Noe Celso REYES-Garcia, an alien, did knowingly elude examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325(a)(2).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
David R. Steiman
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 10th DAY OF May, 2018.

BERNARD G. SKOMAL
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Noe Celso REYES-Garcia

### PROBABLE CAUSE STATEMENT

On May 9, 2018, United States Border Patrol Agent A. Nevares was performing assigned duties within the Chula Vista Border Patrol Station's area of responsibility. At approximately 7:30 AM, Border Patrol Agent M. Martinez advised via agency radio that he observed two individuals walking west in an area commonly known to United States Border Patrol agents as "East Gold Mine." Agent Nevares responded to the area and after a brief search, encountered two individuals attempting to conceal themselves in a large shrub. This area is located approximately three miles east of the Otay Mesa, California Port of Entry and one quarter mile north of the United States/Mexico International Boundary. Agent Nevares identified himself as a United States Border Patrol agent and conducted an immigration inspection. Both individuals, including one later identified as the defendant Noe Celso REYES-Garcia, admitted to being citizens of Mexico without any immigration documents that would allow them to legally enter or remain in the United States legally. At approximately 8:00 AM, Agent Nevares placed both individuals including REYES under arrest. Record checks revealed that REYES was most recently removed or deported from the United States on May 8, 2018.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen of Mexico illegally present in the United States. The defendant admitted he illegally entered the United States on May 9, 2018.